# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 1:16-CR-139-RWS-JKL |
| UBLESTER GAMA-HERNANDEZ, | : |
| | : |
| Defendant. | : |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge John K. Larkins, III [Doc. No. 71]. No objections have been filed thereto. Having carefully reviewed the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 71] is hereby approved and adopted as the opinion and order of this Court. As such, Defendant's Motion to Vacate is DENIED, and a Certificate of Appealability is DENIED. The Clerk is DIRECTED to close Civil Action No. 1:18-CV-5009.

**SO ORDERED** this 25th day of March, 2019.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)